Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
rfolsen@mswdlaw.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| DANIEL GRAYSON and RICHARD GRAYSON,<br><br>            Plaintiffs,<br><br>      v.<br><br>CORDOBA LEGAL GROUP, LLC; and ALFREDO ENRIQUE CORDOBA,<br><br>            Defendant. | Cause No.: _____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiffs, Daniel and Richard Grayson, and bring this cause of action against Cordoba Legal Group, LLC, and Alfredo Enrique Cordoba (collectively Cordoba).

## PARTIES

1. Plaintiffs Daniel and Richard Grayson are residents of Ravalli, Montana.

2. Cordoba Legal Group, LLC, is a private limited liability company in Boca Raton, Florida. It provides credit counseling services to Montanans by entering into written

1

agreements with consumers whereby the consumer pays a fixed amount to Cordoba. Cordoba then uses the money to make partial payments on the consumer's obligation to a creditor.

3. Mr. Cordoba is a licensed attorney in the state of Florida. He is the managing partner at Cordoba legal group.

## VENUE AND JURISDICTION

4. This Court has jurisdiction over this matter based upon 28 U.S.C. § 1332, in that this dispute involves diverse parties and the claims at issue are worth more than $75,000.

5. Venue is proper in the Missoula Division, pursuant to Rule 3.2 (b), Local Rules of Procedure and § 25-2-122, MCA in that the Plaintiff resides in, and Defendant does business in the Missoula Division.

## FACTS

6. Cordoba holds itself out a law firm based in Boca Raton, Florida. Its services include, among other things, debt defense and debt resolution on behalf of consumers.

7. Specifically, Cordoba advises consumers that it provides expertise in debt resolution, which is also known as "debt settlement or debt relief." Through the debt settlement process, Cordoba advises that it helps consumers "reduce, settle and ultimately eliminate outstanding debt." In fact, Cordoba represents that it will "speak to creditors [on the debtor's] behalf and [is] often successful in negotiating reduce balance and lower lump sum settlement payments."

2

8.  Relying on representations like these, Daniel Grayson contacted, and eventually contracted with Cordoba to provide debt settlement services.

9.  On or about September 9, 2022, Mr. Grayson, together with his father Richard Grayson, signed a debt management retainer agreement with Cordoba.

10. Pursuant to the agreement, Cordoba would facilitate the settlement of two debts. One was owed in the amount of $11,248.00 to Discover Bank, and the other to First National Bank of Omaha, in the amount of $4,708. In total, then, Cordoba agreed to work on reducing and/or settling $15,956 in debt that the Graysons owed.

11. The agreement set forth various obligations of the parties. Specifically, Cordoba agreed to negotiate the Graysons' debts, provide legal counsel as to all of the Graysons' debts, and to represent and defend the Graysons in court in any lawsuits.

12. In exchange for these debt settlement services, Grayson agreed to $416 per month for 31 months starting on October 6, 2022. These funds would be distributed between Cordoba and the creditors, with $6,382.40 going to creditors, and $3,989 going to Cordoba. Based on these number, Cordoba was entitled to 38.5% of the total payments made.

13. The fees paid to Cordoba were identified as "attorney fee's" and presumably would be used to fulfill any legal work required by Cordoba's attorneys. That work, pursuant to the agreement, required Cordoba to represent the Graysons in Court if they were unable to negotiate the payments below 40% of the amount of the debt owed.

14. According to the agreement, if the Graysons were sued, then Cordoba would "defend client in such litigation and, where appropriate, file counterclaims against the creditor on behalf of client."

15. Importantly, the agreement also provided that Mr. Cordoba, Esq. would represent the Graysons. The agreement also contained a space to identify local counsel, since Mr. Cordoba isn't licensed in Montana. The space was left blank, so the Graysons had no local counsel and no counsel licensed in Montana to represent them.

16. After signing the agreement on September 9, 2022, the Graysons made the $416 monthly payments as required.

17. However, those payments did not stop Discover Bank or First National Bank of Omaha from suing Richard Grayson.

18. On June 27, 2023, First National bank of Ohama brought suit in the Ravalli County Justice Court claiming that Richard Grayson owed $4,995.90. This this was the same debt that the Graysons included in the debt management plan with Cordoba.

19. A week or so later, on July 5, 2023, Discover Bank also brought suit in Ravalli County Justice Court and claiming that Richard Grayson owed $11,401.88. This debt was the same debt that was included in the debt settlement plan.

20. By the time the suits were filed, the Graysons had already made roughly made 9 payments of $416 to Cordoba, or roughly $3,744.

21. Both suits were served on Richard Grayson.

22. Upon being served, Daniel Grayson contacted Cordoba to obtain a lawyer to represent Richard in the lawsuits. Cordoba did not provide a lawyer or file an answer to the complaints.

23. Instead, Richard filed an answer pro se, and the cases moved forward.

24. In the Discover Bank case, on August 24, 2023, the Court set a pretrial conference for October 12, 2023, and sent it to Richard. Daniel promptly provided the hearing notice to Cordoba. The pretrial conference was ultimately continued for both cases so that a settlement could be reached. Then on November 21, 2023, Discover Bank filed a stipulated judgment of $11,130.88 plus $110 in costs. Or nearly the amount that was owed on the account. However, the full debt would not be executed upon if the Graysons made 24 payments of $381, for a total of $9,144.

25. In the First National Bank of Omaha case, a similar pattern emerged. The Court continued the pretrial conference, and eventually a stipulated judgment was filed for nearly the full amount of the debt owed or $4,995.90 plus $110 in costs. However, the full debt would not be executed upon if the Graysons made 23 payments of $160, with a final payment of $150, for a total of $3,830.

26. The total debt that the Graysons would pay was $541 for 23 months, and $531 for the 24th month. And the total payoff was $12,974.00 for judgments valued at $16,346.78.

27. At no point did the Cordoba Legal Group, or Mr. Cordoba make an appearance in either case.

5

28. Thereafter, the Graysons made payments through Cordoba to pay the debt to Discover and First National Bank. In June of 2024, the payments to Cordoba increased to more than $600.

29. As a result of Defendants' actions, the Graysons have been harmed. Those damages include paying more to the Defendants than the amount of the original debts, emotional distress, and lost time.

### COUNT I – NEGLIGENCE

30. The preceding paragraphs are realleged as though set forth in full hereunder.

31. Defendants owe the Graysons a duty to exercise due care in their representation of the Graysons, including but not limited to, making court appearances on behalf of the Graysons to prevent foreseeable harm.

32. Defendants breached that duty when they failed to appear, or retain local counsel to appear, on behalf of the Graysons in both the Discover Bank and First National Bank of Omaha cases in Ravalli County.

33. As a result of the failure to appear, or otherwise defend the lawsuit, the Graysons had to appear on their own spending their own time and money, when they had retained the Defendants.

34. This failure to appear caused damages such as lost time, costs of travel, other incidental costs, and emotional distress.

35. The Defendants, therefore, are liable for their negligence.

### COUNT II – MONTANA CONSUMER PROTECTION ACT

36. The preceding paragraphs are realleged as though set forth in full hereunder.

37. Plaintiff is a "consumer" under the MCPA.

38. Defendant was engaged in "trade or commerce."

39. Defendant's acts and/or practices were unfair and/or deceptive in violation of § 30-14-103, MCA. They include, but are not limited to, engaging in the unauthorized practice of law, engaging in debt settlement or debt management without being registered in the state of Montana, and engaging a debt payment scheme that resulted in the Graysons paying more through the payment plan than for the alleged debts than they originally owed.

40. As a result of Defendant's actions, Plaintiffs suffered an ascertainable loss of money or property, and have suffered mental anguish and emotional distress.

41. Defendant is liable for Plaintiff's actual or statutory damages, treble damages, and attorney's fees pursuant to § 30-14-133, MCA.

## COUNT III – BREACH OF CONTRACT

42. The preceding paragraphs are realleged as though set forth in full hereunder.

43. Plaintiffs and Defendants entered into a debt management or debt settlement contract, that also included an agreement that the Defendants would represent the Plaintiffs in any litigation concerning the Discover Bank or First National Bank of Omaha debts.

44. Defendants failed to initially appear in both suits, thereby breaching the contract.

45. As a result of the breach, Plaintiffs suffered actual and consequential damages.

7

## PRAYER FOR RELIEF

WHEREFORE, The Plaintiffs pray for the following relief:

1. For actual damages and statutory damages;

2. For attorneys' fees and costs, § 30-14-133, MCA.

3. For treble damages pursuant to § 30-14-133, MCA; § 37-61-406, MCA; and § 37-61-407, MCA.

4. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38, F. R. Civ. P., Plaintiffs hereby demands a trial by jury of the issues triable by right by jury.

DATED this 26th day of September, 2024.

By: /s/ Robert Farris-Olsen.
Robert Farris-Olsen
Morrison Sherwood Wilson & Deola PLLP
*Attorney for Plaintiffs*